377 A.2d 982

Bennett, Appellant, et al. v. Grove et al.

 Argued June 14, 1977. Newton C. Taylor, with him Robert B. Stewart, III, for appellant; Merle K. Evey and William J. Stokan, for appellees.

Order affirmed.